**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**IN RE:  Sandra Nelson**                                    Case No. 13-33276

                                                                            **Chapter 13**

**Debtor**                                    **Judge Humphrey**

_____

**NOTICE OF CHANGE OF ADDRESS**
_____

    Debtor serves notice of her new address as follows:

Old Address:                                    New Address:
5276 Cobblegate Dr.   Unit I                    3117 Sutton Ave
Moraine, OH 45439                               Kettering, OH  45429

                              Respectfully Submitted,

                              /s/ Richard E. West, Esq.
                              Richard E. West, Esq.
                              Attorney for Debtors
                              Ohio Bar No. 0033319
                              195 East Central Avenue
                              Springboro, Ohio  45066
                              Phone:  937-748-1749
                              Fax:  937-552-2138
                              rew@debtfreeohio.com

## **CERTIFICATE OF SERVICE**

      I certify that on March 28, 2016, a copy of the forgoing **NOTICE OF CHANGE OF ADDRESS** was served upon the following registered ECF participants **electronically** through the Court's ECF System at the email address registered with the Court:

United States Trustee                                 Jeffrey Kellner, Trustee

and on the following by **ordinary U.S. Mail** addressed to:

Sandra Nelson
3117 Sutton Ave
Kettering, OH  45429

                                                         /s/ Richard E. West, Esq.
                                                         Richard E. West, Esq.